JOSEPH E. MARX COMPANY, INC., and Others, Respondents, v. JOHN PIERPONT MORGAN and Others, Defendants, Impleaded with THE NATIONAL CITY COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.